U.S. MAGISTRATE JUDGE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ADAM H. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant | CASE NO.: 3:21-CV-5088-TLF<br><br>ORDER GRANTING STIPULATED MOTION FOR FEES & EXPENSES UNDER 28 U.S.C § 2412 |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,329.73 will be awarded to Plaintiff in care of his attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), and mailed to his attorney, James S. Coon, at Mr. Coon's address: 820 SW 2nd Ave, Ste 200, Portland OR  97204.

Dated this 13th day of April 2022.

*Theresa L. Fricke*
United States Magistrate Judge

Presented by:
James S. Coon
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff